# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DAVID KENT FITCH,** | ) | NO. ED CV 17-1024-DOC (KS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **CYNTHIA ENTZEL,** | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: April 30, 2019

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE